# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**J&J SPORTS PRODUCTIONS, INC.,**           *

    **Plaintiff**                                          *

    **v.**                                                 *

                                    **CIVIL NO. JKB-18-2603**

**JUDY'S ISLAND GRILL II LLC**              *
*d/b/a* **JUDY'S ISLAND GRILL** *et al.*,

    **Defendants**                                       *

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Earlier, the Court ordered an extension of the discovery deadline for the sole purpose of providing an opportunity for Defendants to depose Plaintiff's witness, James Osgood, whose affidavit was appended to Plaintiff's complaint. (Mem. & Order, March 6, 2019, ECF No. 32.) The Court also directed Plaintiff to cooperate with Defendants in making Mr. Osgood available in the District of Maryland for a deposition to take place by March 29, 2019. (*Id.*) Pending before the Court is Defendants' Status of Discovery and Motion for Plaintiff to Produce Its Witness for Deposition or in the Alternative Motion to Exclude Witness Testimony. (ECF No. 33.) Plaintiff has opposed the motion, saying, "Plaintiff has no control over its independent witness and is unable to compel Mr. Osgood to cooperate or participate in these proceedings." (Pl.'s Opp'n ¶ 6, ECF No. 35.) Apparently, Mr. Osgood continues to be incommunicado with both Plaintiff's counsel and Defendants' counsel. Yet, Plaintiff intends to rely upon Mr. Osgood's testimony to prove its case, *i.e.*, that Defendants allegedly aired a television program for which they had not paid the viewing fee. Plaintiff was provided a twenty-three-day period in which to present Mr. Osgood for

deposition, but now complains the time period—until the March 29 deadline—is too short; besides that, Plaintiff seems to have no ability to produce the witness.

Plaintiff will be afforded an additional fourteen days in which Mr. Osgood is to be made available in the District of Maryland for a deposition. Thus, the new deadline for completion of this deposition is the end of the day on **April 12, 2019**. Given Mr. Osgood's pivotal role in Plaintiff's case, any failure by Plaintiff to produce Mr. Osgood for a deposition by that date necessarily will result in the exclusion of his testimony from Plaintiff's proof of the case.

Accordingly, it is hereby ORDERED that Defendants' motion is held in abeyance, that the discovery deadline—only for the taking of Mr. Osgood's deposition—is extended to April 12, 2019, that the dispositive motions deadline is extended to May 15, 2019, and that the parties shall file a joint status report by April 15, 2019.

DATED this 26 day of March, 2019.

BY THE COURT:

James K. Bredar
Chief Judge